**CorMedix Inc.**                                                                                                          **Patrick, Robert**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 9/23/2020 | 66 | $5.0000 |
| Purchase | 10/2/2020 | 840 | $5.9500 |
| Purchase | 10/6/2020 | 93 | $5.9200 |
| Purchase | 10/19/2020 | 995 | $5.7200 |
| Purchase | 10/28/2020 | 689 | $5.0700 |
| Purchase | 10/30/2020 | 1,027 | $4.9500 |
| Purchase | 10/30/2020 | 340 | $4.9500 |
| Purchase | 11/6/2020 | 23 | $5.2400 |
| Purchase | 11/16/2020 | 216 | $5.7600 |
| Purchase | 12/1/2020 | 968 | $9.2502 |
| Purchase | 12/7/2020 | 122 | $8.2400 |
| Purchase | 12/7/2020 | 95 | $8.1094 |
| Purchase | 12/18/2020 | 477 | $8.3000 |
| Purchase | 12/24/2020 | 2,060 | $7.7700 |
| Purchase | 1/4/2021 | 166 | $7.3300 |
| Purchase | 1/27/2021 | 2,318 | $8.7800 |
| Purchase | 2/1/2021 | 2 | $8.8100 |
| Purchase | 2/5/2021 | 2,477 | $14.7500 |
| Purchase | 2/8/2021 | 17 | $14.7000 |
| Purchase | 2/17/2021 | 96 | $15.0500 |
| Purchase | 2/23/2021 | 10 | $15.7540 |
| Sale | 10/15/2020 | (999) | $5.7000 |
| Sale | 10/28/2020 | (995) | $5.2000 |
| Sale | 10/30/2020 | (1,029) | $4.9401 |
| Sale | 11/6/2020 | (1,027) | $5.2100 |
| Sale | 12/23/2020 | (1,901) | $8.4100 |
| Sale | 1/8/2021 | (2,226) | $8.7300 |
| Sale | 2/2/2021 | (85) | $12.2071 |
| Sale | 2/2/2021 | (127) | $11.7000 |
| Sale | 2/2/2021 | (200) | $11.7100 |
| Sale | 2/2/2021 | (400) | $11.7300 |
| Sale | 2/2/2021 | (427) | $11.7200 |
| Sale | 2/2/2021 | (500) | $11.7870 |
| Sale | 2/2/2021 | (581) | $11.7400 |
| Sale | 3/1/2021 | (300) | $9.0000 |
| Sale | 3/1/2021 | (2,300) | $8.9950 |