DECHERT LLP
David A. Kotler
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3669
Fax: (212) 698-3599
david.kotler@dechert.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | : <br> : Civil Action No. 2:21-cv-14020-JXN- <br> : CLW <br> : |
| This Document Relates To: <br> ALL ACTIONS | :   <u>CLASS ACTION</u> <br> : <br> : **<u>JOINT STIPULATION AND</u>** <br> : **<u>ORDER REGARDING</u>** <br> : **<u>AUTOMATIC STAY OF</u>** <br> : **<u>DISCOVERY</u>** <br> : |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act ("PSLRA"), Lead Plaintiff John V. Levon, on behalf of himself and all others similarly situated, and each of the defendants in the above-captioned action (collectively, "Defendants"), respectfully respond to the Court's order dated April 12, 2022 (ECF No. 62) by submitting this stipulation confirming that the PSLRA's automatic stay of discovery is in place while Defendants' motions to dismiss are pending.

WHEREAS, on December 14, 2021, Lead Plaintiff filed his Amended Complaint asserting causes of action under the Securities Act of 1933 and the Securities Exchange Act of 1934, all of which are governed by the PSLRA, *see* ECF No. 43;

WHEREAS, for all of Lead Plaintiff's causes of action, the PSLRA provides that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds, upon the motion of any party, that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party," *see* 15 U.S.C. §§ 77z–1(b)(1), 78u–4(b)(3)(B);

WHEREAS, on March 28, 2022, Defendants CorMedix Inc., Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, John L. Armstrong, Janet Dillione, Myron Kaplan, Alan W. Dunton, Steven Lefkowitz, Paulo F. Costa, and Greg Duncan (collectively, the "CorMedix Defendants") filed a motion to dismiss all of

2

the causes of action asserted against them in the Amended Complaint, *see* ECF No. 57;

WHEREAS, on March 28, 2022, Defendants B. Riley Securities, Inc. and Needham & Company, LLC (collectively, the "Underwriter Defendants") also filed a motion to dismiss all of the causes of action asserted against them in the Amended Complaint, *see* ECF No. 61;

WHEREAS, pursuant to this Court's order dated March 8, 2022, Lead Plaintiff's opposition papers to Defendants' motions to dismiss are due on April 27, 2022, and Defendants' reply papers are due on May 27, 2022, *see* ECF No. 55;

WHEREAS, Defendants and Lead Plaintiff agree that the PSLRA's automatic stay of discovery should remain in effect until the resolution of Defendants' motions to dismiss;

WHEREAS, Lead Plaintiff and Defendants agree that in order to serve the interests of judicial economy and avoid a waste of resources for all parties and the Court, this Court should adjourn until the PSLRA's automatic stay of discovery expires: (i) the submission of the discovery plan required by Fed. R. Civ. P. 26(f), and (ii) the entry of the scheduling order required by Fed. R. Civ. P. 16(b);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1.    All discovery in these actions is stayed pursuant to the PSLRA during the pendency of the Defendants' motions to dismiss; and

2.    Within 30 days after a decision on either the CorMedix Defendants' motion to dismiss or the Underwriter Defendants' motion to dismiss, whichever decision occurs later, and the expiration of all related appeals, Lead Plaintiff and Defendants shall file a proposed Pretrial Scheduling Order required by Fed. R. Civ. P. 26(f) and this Court's individual practices.

Dated: April 14, 2022

| **POMERANTZ LLP** | **DECHERT LLP** |
|---|---|
| */s/ Louis C. Ludwig* | */s/ David A. Kotler* |
| Louis C. Ludwig | David A. Kotler (NJ 040701993) |
| Joshua B. Silverman | Brendan Herrmann (*pro hac vice*) |
| (*pro hac vice* application forthcoming) | 1095 Avenue of the Americas |
| Ten South LaSalle Street, Suite 3505 | Three Bryant Park |
| Chicago, Illinois 60603 | New York, New York 10036 |
| Tel.: (312) 377-1181 | Tel.: (212) 698-3669 |
| Fax: (312) 229-8811 | Fax: (212) 698-3599 |
| lcludwig@pomlaw.com | david.kotler@dechert.com |
| jbsilverman@pomlaw.com | |
| | Joni S. Jacobsen (*pro hac vice*) |
| Thomas H. Przybylowski | Angela M. Liu (*pro hac vice*) |
| 600 Third Avenue | 35 West Wacker Drive, Suite 3400 |
| New York, New York 10016 | Chicago, Illinois 60601 |
| Tel.: (212) 661-1100 | Tel.: (312) 646-5800 |
| Facsimile: (212) 661-8665 | Fax: (312) 646-5858 |
| tprzybylowski@pomlaw.com | joni.jacobsen@dechert.com |
| | angela.liu@dechert.com |

*Co-Lead Counsel*

4

**ROCHE FREEDMAN LLP**
Velvel (Devin) Freedman (*pro hac vice*)
Ivy T. Ngo (*pro hac vice*)
Constantine Economides (*pro hac vice* application forthcoming)
1 SE 3rd Ave., Suite 1250
Miami, Florida 33131
Tel.: (305) 971-5943
vel@rochefreedman.com
ingo@rochefreedman.com
ceconomides@rochefreedman.com

*Co-Lead Counsel*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

*Counsel for Defendants CorMedix Inc., Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, John L. Armstrong, Janet Dillione, Myron Kaplan, Alan W. Dunton, Steven Lefkowitz, Paulo F. Costa, and Greg Duncan*

**O'MELVENY & MYERS LLP**

*/s/ Allen W. Burton*
Allen W. Burton (NJ 020742001)
Jonathan Rosenberg
(*pro hac vice* application forthcoming)
Daniel L. Cantor
(*pro hac vice* application forthcoming)
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
aburton@omm.com
jrosenberg@omm.com
dcantor@omm.com

*Counsel for Defendants B. Riley Securities, Inc., and Needham & Company, LLC*

SO ORDERED:       April 18, 2022

*/s/ Cathy L. Waldor*
Hon. Cathy L. Waldor
United States Magistrate Judge

5