O'MELVENY & MYERS LLP
Allen W. Burton (NJ 020742001)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Ph: +1 212 326 2000
Fx: +1 212 326 2061

*Counsel for Defendants B. Riley Securities, Inc.*
*and Needham & Company, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | Case No. 2:21-cv-14020-JXN-CLW |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates To:<br><br>ALL ACTIONS | |

I hereby certify that on May 27, 2022 I caused a true and complete copy of the foregoing Reply Memorandum of Law in Support of the Underwriters' Motion to Dismiss the Consolidated Amended Class Action Complaint to be electronically filed with the United States District Court for the District of New Jersey, and to be served upon all parties by means of the ECF filing system.  I further certify that the foregoing statement made by me is true.  I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.

*/s/ Allen W. Burton*
Allen W. Burton

Dated: May 27, 2022