**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | : Civil Action No. 2:21-cv-14020-JXN-CLW : : |
| This Document Relates To: ALL ACTIONS | : CLASS ACTION : : **STIPULATION AND PROPOSED** : **ORDER DISMISSING** : **UNDERWRITER DEFENDANTS** : : |

John V. Levon ("Plaintiff") and Defendants B. Riley Securities, Inc. and Needham & Company, LLC (collectively, the "Underwriter Defendants," and with Plaintiff, the "Parties"), by and through their undersigned counsel, state as follows:

WHEREAS, Plaintiff filed a complaint dated September 13, 2021 in the United States District Court for the District of New Jersey for claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and naming Defendants Cormedix Inc., Khoso Baluch, and Phoebe Mounts as defendants;

WHEREAS, on October 8, 2021, the Court entered an order appointing Plaintiff as lead plaintiff and appointing Plaintiff's counsel as Lead Counsel;

WHEREAS, Plaintiff filed an amended complaint on December 14, 2021 (the

"Amended Complaint"), which among other things named the Underwriter Defendants as defendants and asserted against them claims under Sections 11 and 12(a)(2) of the Securities Act of 1933 (the "Securities Act Claims");

WHEREAS, Plaintiff has determined to voluntarily dismiss all of his Securities Act claims against the Underwriter Defendants without prejudice, pursuant to Rule 41(a)(2);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

All claims against the Underwriter Defendants are hereby dismissed, without prejudice, with the parties to bear their own fees and costs (subject to pre-existing contractual indemnification obligations, which are not affected by this stipulation and order).

Dated: August 30, 2022

**POMERANTZ LLP**

/s/ Louis C. Ludwig
Louis C. Ludwig (NJ 043582008)
Joshua B. Silverman
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel.: (312) 377-1181
Fax: (312) 229-8811
lcludwig@pomlaw.com
jbsilverman@pomlaw.com

*Co-Lead Counsel*

**DECHERT LLP**

/s/ David A. Kotler
David A. Kotler (NJ 040701993)
1095 Avenue of the Americas
Three Bryant Park
New York, New York 10036
Tel.: (212) 698-3669
Fax: (212) 698-3599
david.kotler@dechert.com

Joni S. Jacobsen (*pro hac vice*)
Angela M. Liu (*pro hac vice*)
35 West Wacker Drive, Suite 3400

**ROCHE FREEDMAN LLP**
Velvel (Devin) Freedman (*pro hac vice*)
Ivy T. Ngo (*pro hac vice*)
Constantine Economides (*pro hac vice* application forthcoming)
1 SE 3rd Ave., Suite 1250
Miami, Florida 33131
Tel.: (305) 971-5943
vel@rochefreedman.com
ingo@rochefreedman.com
ceconomides@rochefreedman.com

*Co-Lead Counsel*

**THE SCHALL LAW FIRM**
Brian Schall
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

Chicago, Illinois 60601
Tel.: (312) 646-5800
Fax: (312) 646-5858
joni.jacobsen@dechert.com
angela.liu@dechert.com

*Counsel for Defendants CorMedix Inc., Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, John L. Armstrong, Janet Dillione, Myron Kaplan, Alan W. Dunton, Steven Lefkowitz, Paulo F. Costa, and Greg Duncan*

**O'Melveny & Myers**

*/s/ Allen W. Burton*
Allen W. Burton  (NJ 020742001)
Jonathan Rosenberg
(*pro hac vice* application forthcoming)
Daniel L. Cantor
(*pro hac vice* application forthcoming)
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
aburton@omm.com
jrosenberg@omm.com
dcantor@omm.com

*Counsel for Defendants B. Riley Securities, Inc., and Needham & Company, LLC*

Date: 8/31/2022

SO ORDERED: s/ Julien Xavier Neals
_____
Hon. Julien Xavier Neals

3

## Certificate of Service

I hereby certify that on this date I caused a true and complete copy of the foregoing Stipulation and Proposed Order Dismissing Underwriter Defendants to be electronically filed with the United States District Court for the District of New Jersey, and to be served upon all parties by means of the ECF filing system.  I further certify that the foregoing statement made by me is true.  I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.


Dated: August 30, 2022

/s/ Louis C. Ludwig
Louis C. Ludwig