DECHERT LLP
David A. Kotler
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
david.kotler@dechert.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | : : : : : : : : : : | Civil Action No.: 2:21-cv-14020-JXN-CLW<br><br>CLASS ACTION |
| This Document Relates To:<br>ALL ACTIONS | : : : : : : : : : | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants CorMedix Inc. ("CorMedix"), Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, John L. Armstrong, Janet Dillione, Myron Kaplan, Alan W. Dunton, Steven Lefkowitz, Paulo F. Costa, Greg Duncan, and Joseph Todisco (collectively, the "Defendants") respectfully submit this Notice of Supplemental Authority in further support of Defendants' Motion to Dismiss the

Second Amended Consolidated Class Action Complaint (ECF No. 86) (the "Motion to Dismiss"), filed on November 23, 2022.  The Motion to Dismiss was fully briefed on February 6, 2023, and is currently pending before this Court.

At issue before this Court is Defendant CorMedix's statements relating to the development of a new drug, DefenCath, designed to prevent life-threatening catheter-related bloodstream infections.  The crux of Plaintiff's allegations in his Second Amended Consolidated Class Action Complaint ("SAC") (ECF No. 79) is that during the putative class period, Defendants made certain false and misleading statements in violation of the Securities Exchange Act of 1934 and Securities Act of 1933 relating to overstating CorMedix's approval prospects.  *See, e.g.*, SAC ¶ 34 (summarizing alleged materially false and misleading statements regarding purported deficiencies relating to FDA approval); ¶ 122 (explaining materially false and misleading statements due to deficiencies, resulting in "the DefenCath NDA could not obtain FDA approval."), ¶ 251 (summarizing alleged materially false and misleading statements that as a result the "DefenCath NDA submission lacked sufficient evidence and could not obtain FDA approval in the second half of 2020").

In this Notice of Supplemental Authority, Defendants update the Court that on November 15, 2023, without requiring any further clinical trials by CorMedix, the FDA ***approved*** DefenCath, the first and only FDA-approved antimicrobial catheter lock solution in the U.S.—clearly a very positive result for the Company

and its shareholders.  11/15/2023 CorMedix Press Release, attached hereto as Exhibit A.[1]  As previously disclosed, the DefenCath NDA could not be approved until the deficiencies conveyed to CorMedix's third-party manufacturer and supplier were resolved to the satisfaction of the FDA.  *See* 08/08/2022 Form 8-K (ECF No. 86-13).  The FDA's approval of DefenCath further demonstrates that Plaintiff's claims regarding Defendants' alleged false and misleading statements relating to overstating CorMedix's approval prospects, are lacking and without merit.  *See Lungu v. Antares Pharma Inc. et al.*, No. 21-1624, 2022 WL 212309, *1, *6 (3d Cir. Jan. 25, 2022) (affirming dismissal particularly in light of FDA approval); *see also Kovtun v. VIVUS, Inc.*, No. C 10–4957 PJH, 2012 WL 4477647, at *3, *10 (N.D. Cal. Sept. 27, 2012) (dismissing securities claims with prejudice finding approval of the drug weighed against scienter even where defendants were required to perform an additional clinical study before approval).  The FDA's approval of DefenCath further supports Defendants' arguments that the SAC fails to state a claim, and this case should be dismissed with prejudice.

---

[1] *See also* U.S. Food & Drug Administration, *FDA approves new drug under special pathway for patients receiving hemodialysis* (Nov. 15, 2023), https://www.fda.gov/drugs/news-events-human-drugs/fda-approves-new-drug-under-special-pathway-patients-receiving-hemodialysis

Dated:  November 27, 2023

DECHERT LLP

*/s/ David A. Kotler*
David A. Kotler (NJ 040701993)
1095 Avenue of the Americas
Three Bryant Park
New York, New York 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
david.kotler@dechert.com

Joni S. Jacobsen (*pro hac vice*)
Angela M. Liu (*pro hac vice*)
35 West Wacker Drive, Suite 3400
Chicago, Illinois 60601
Tel.: (312) 646-5800
Fax: (312) 646-5858
joni.jacobsen@dechert.com
angela.liu@dechert.com

*Counsel for Defendants CorMedix
Inc., Khoso Baluch, Robert Cook,
Matthew David, Phoebe Mounts, John
L. Armstrong, Janet Dillione, Myron
Kaplan, Alan W. Dunton, Steven
Lefkowitz, Paulo F. Costa, Greg
Duncan, and Joseph Todisco*

1

## **Certificate of Service**

I hereby certify that, on this date, I caused a true and complete copy of the foregoing Notice of Supplemental Authority to be electronically filed with the United States District Court for the District of New Jersey, and to be served upon all parties by means of the ECF filing system. I further certify that the foregoing statement made by me is true. I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.


_/s/ David A. Kotler_
David A. Kotler

Dated: November 27, 2023