**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | Civil Action No.: 2:21-cv-14020-JXN-CLW |
|  | <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS |  |

## CERTIFICATION OF CHARLES DEAN CORDING, ESQ. IN SUPPORT OF <u>APPLICATION FOR ADMISSION PRO HAC VICE</u>

I, Charles Dean Cording, hereby certify as follows:

1.      I am an attorney at the law firm of Willkie Farr & Gallagher LLP, and practice principally in its New York office located at 787 Seventh Avenue, New York, NY 10019.

2.      I am duly admitted and a member in good standing of the New York Bar, to which I was admitted on January 12, 2009.  A copy of my Certificate of Good Standing is attached hereto.

3.      No disciplinary proceedings are pending against me in any jurisdiction, nor has any disciplinary sanction previously been imposed on me in any jurisdiction.

4.      I submit this certification in support of the application by David A. Kotler to permit me to appear and participate, *pro hac vice*, as counsel for Defendants CorMedix Inc., Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, John L. Armstrong, and Joseph Todisco ("Defendants").

- 2 -

5.    I am familiar with this matter.  Defendants have requested that I appear and participate in their representation.

6.    I am associated in this matter with David A. Kotler of Dechert LLP, who is attorney of record for Defendants, is authorized to practice law in the State of New Jersey, and is a member in good standing of the bar of this Court.

7.    Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a).

8.    Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also promptly make payment to the Clerk of the United States District Court for the District of New Jersey as required by Local Civil Rule 101.1(c)(3).

9.    I understand and acknowledge that upon admission *pro hac vice,* I am within the disciplinary jurisdiction of this Court and have a continuing obligation during the period of my admission in this matter to promptly advise this Court of any disciplinary proceedings hereafter instituted.

10.    I agree to be bound by the Rules governing practice in the New Jersey courts, including disciplinary rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 6, 2024                          Respectfully submitted,

                                              By: _Charles Cording_
                                                  Charles D. Cording

- 2 -