## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | Civil Action No. 2:21-cv-14020-JXN-CLW |
|  | CLASS ACTION |
|  | Motion Day: September 3, 2024 |
| This Document Relates To: ALL ACTIONS | ORAL ARGUMENT REQUESTED |
|  | **NOTICE OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

TO: All Counsel of Record

**PLEASE TAKE NOTICE** that in accordance with the Stipulation and Proposed Order Setting Deadline For Lead Plaintiff's Third Amended Complaint And Briefing Schedule For Motion To Dismiss entered on April 15, 2024 (Dkt. 93), the undersigned counsel for defendants CorMedix Inc., John L. Armstrong, Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, and Joseph Todisco shall move before this Court on September 3, 2024, or as soon thereafter as counsel may be heard, for an Order dismissing the Third Amended Consolidated Class Action Complaint with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned counsel shall rely upon the Memorandum in Support of the Motion to Dismiss the Third Amended Consolidated Class Action Complaint, the Declaration of David A. Kotler and accompanying

exhibits filed therewith, and all other pleadings filed in this action.  A proposed form of order is also submitted herewith.  Oral argument is requested.

Dated: June 6, 2024

**DECHERT LLP**

*/s/ David A. Kotler*
David A. Kotler
1095 Avenue of the Americas
Three Bryant Park
New York, New York 10036
Tel.: (212) 698-3669
Fax: (212) 698-3599
david.kotler@dechert.com

Joni S. Jacobsen (*pro hac vice*)
Angela M. Liu (*pro hac vice*)
35 West Wacker Drive, Suite 3400
Chicago, Illinois 60601
Tel.: (312) 646-5800
Fax: (312) 646-5858
joni.jacobsen@dechert.com
angela.liu@dechert.com

**WILLKIE FARR & GALLAGHER LLP**

Charles D. Cording (*pro hac vice*)
Brady M. Sullivan (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 728-8000
Fax:  (212) 728-8111
ccording@willkie.com
bsullivan@willkie.com

*Counsel for Defendants CorMedix*
*Inc., Khoso Baluch, Robert Cook,*
*Phoebe Mounts, John L. Armstrong,*
*Matthew David, and Joseph Todisco*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be electronically filed with the United States District Court for the District of New Jersey, and to be served upon all parties by means of the ECF filing system, a true and complete copy of the foregoing notice of motion, the accompanying memorandum of law, the declaration of David A. Kotler and its accompanying exhibits, and a proposed form of order. I further certify that the foregoing statement made by me is true. I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.

*/s/ David A. Kotler*
David A. Kotler

Dated: June 6, 2024

3