**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | Civil Action No. 2:21-cv-14020-JXN-CLW |
|  | CLASS ACTION |
|  | Motion Day: September 3, 2024 |
| This Document Relates To: ALL ACTIONS | **DECLARATION OF DAVID KOTLER IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED CONSOLIDATED CLASS ACATION COMPLAINT** |

I, DAVID KOTLER, under penalty of perjury, declare as follows:

1. I am an attorney licensed to practice law in the State of New Jersey and admitted to practice before this Court.

2. I am a partner at the law firm of Dechert LLP and counsel for Defendants CorMedix Inc. ("CorMedix"), John L. Armstrong, Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, and Joseph Todisco.

3. I am fully familiar with the facts stated herein and submit this Declaration in support of defendants' Reply in Further Support of Defendants Motion to Dismiss the Third Amended Consolidated Class Action Complaint ("TAC") with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995.

4. Accompanying this declaration as Exhibit 1 are excerpts from CorMedix's Form 10-K for the fiscal year 2019, filed with the U.S. Securities and Exchange Commission on March 16, 2020, cited in paragraphs 190-92 of the TAC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2024

/s/ David A. Kotler
David A. Kotler
1095 Avenue of the Americas
Three Bryant Park
New York, New York 10036
Tel.: (212) 698-3669
Fax: (212) 698-3599
david.kotler@dechert.com

*Counsel for Defendants CorMedix Inc., Khoso Baluch, Robert Cook, Phoebe Mounts, John L. Armstrong, Matthew David, and Joseph Todisco*

2