WILLKIE FARR & GALLAGHER LLP
Andrew J. Lichtman
Charles D. Cording (*pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
alichtman@willkie.com
ccording@willkie.com

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | ) ) ) ) Case No. 2:21-cv-14020 JXN CLW ) ) CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) ) ) ) |

## DEFENDANTS' ANSWER TO
## LEAD PLAINTIFF'S THIRD AMENDED
## <u>CONSOLIDATED CLASS ACTION COMPLAINT</u>

Defendants CorMedix Inc., Khoso Baluch, Robert Cook, Matthew David,

Phoebe Mounts, John L. Armstrong, and Joseph Todisco (collectively,

"Defendants"), by their undersigned counsel, hereby answer Lead Plaintiff's Third

Amended Complaint (ECF No. 97) ("TAC") in the above-captioned proceeding. For the avoidance of doubt, any allegations not expressly admitted herein by Defendants are denied. Further, Defendants are not required to respond to headings, sub-headings, or footnotes of the TAC, but, to the extent any response is required, unless otherwise expressly stated, Defendants deny the allegations and characterizations of allegations set forth in the headings, subheadings, or footnotes of the TAC. Defendants answer the allegations of the like-numbered paragraphs and subparagraphs of the TAC as follows:[1]

1.      Defendants admit that Lead Plaintiff purports to bring this action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of a putative class of persons or entities who purchased CorMedix stock between October 16, 2019 and August 8, 2022, inclusive. Defendants further aver that this paragraph states legal conclusions to which no response is required. To the extent a response is required, this paragraph purports to characterize the TAC, which speaks for itself. Defendants otherwise deny the allegations in this paragraph.

2.      Defendants admit that, during the putative Class Period, its lead product candidate was DefenCath (previously known as Neutrolin), a first-in-class drug

---

[1] All responses in this Answer are made as of the date of this filing. Defendants reserve the right to amend any response in this Answer and Affirmative Defenses to the extent that they receive additional information in discovery.

product designed to reduce the incidence of catheter-related bloodstream infections. Defendants otherwise deny the allegations in this paragraph.

3.    Defendants aver that this paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of this paragraph.

4.    Defendants admit that in 2017 CorMedix selected ROVI Contract Manufacturing, S.L., ("ROVI"), located in Spain, as its CMO.

5.    Defendants admit that, in 2019, CorMedix received a third-party audit report for Neutrolin® Catheter Lock Solutions (CLS) manufactured by ROVI. Defendants otherwise deny the remaining allegations in this paragraph.

6.    Defendants deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 13, 2019 earnings call transcript, which speaks for itself. Defendants respectfully refer the Court to CorMedix's August 13, 2019 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

7.    Defendants aver that the allegations in this paragraph purport to characterize and quote CorMedix's October 16, 2019 press release, which speaks for itself. Defendants respectfully refer the Court to CorMedix's October 16, 2019 press

release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

8.    Defendants deny the allegations in this paragraph.

9.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 14, 2019 Q3 2019 earnings call transcript, which speaks for itself. Defendants respectfully refer the Court to CorMedix's November 14, 2019 Q3 2019 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

10.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 14, 2019 earnings call transcript, which speaks for itself. Defendants respectfully refer the Court to CorMedix's November 14, 2019 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

11.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

12.    Defendants admit that CorMedix submitted its Neutrolin NDA to the FDA in 2020 and that CorMedix had dialogue with the FDA concerning Neutrolin in 2020. Defendants otherwise deny the allegations in this paragraph.

13.    Defendants deny the allegations in the first sentence of this paragraph. Defendants admit that in May 2020, CorMedix formed a wholly owned subsidiary in Spain, CorMedix Spain, S.L.U., and deny the remaining allegations in this paragraph.

14.    Defendants aver that the allegations in this paragraph purport to characterize CorMedix's July 8, 2020 press release, which speaks for itself. Defendants respectfully refer the Court to CorMedix's July 8, 2020 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

15.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 5, 2020 Form 10-Q, August 31, 2020 press release, and November 18, 2020 press release, which speak for themselves.  Defendants respectfully refer the Court to CorMedix's November 5, 2020 Form 10-Q, August 31, 2020 press release, and November 18, 2020 press release for a complete and accurate description of their contents, and otherwise deny the allegations in this paragraph.

16.    Defendants admit that CorMedix conducted a public offering on July 29, 2020.  Defendants otherwise deny the remaining allegations in this paragraph.

17.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

18.    Defendants deny the allegations in this paragraph.

19.    Defendants deny the allegations in this paragraph.

20.    Defendants aver that the allegations in this paragraph purport to characterize and quote from the FDA's February 26, 2021 CRL, which speaks for itself.  Defendants respectfully refer this Court to the February 26, 2021 CRL for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

21.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 1, 2021 press release, which speaks for itself.  Defendants respectfully refer this Court to the March 1, 2021 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

22.    Defendants deny the allegations in the first sentence of this paragraph. The second sentence of this paragraph purports to characterize and quote an industry analyst, which speaks for itself.  To the extent a response is required, Defendants deny the allegations in the second sentence of this paragraph.

23.    Defendants aver that the allegations in this paragraph purport to characterize and quote statements made by Defendants, which speak for themselves. To the extent a response is required, Defendants deny the allegations in this paragraph.

24.    The allegations in the first sentence of this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update conference call, which speaks for itself.  Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in the first sentence of this paragraph.  Defendants deny the allegations in the second sentence of this paragraph.

25.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's April 14, 2021 press release.  Defendants respectfully refer this Court to the April 14, 2021 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

26.    Defendants aver that the allegations in this paragraph purport to characterize and quote statements made by Defendants, which speak for themselves. To the extent a response is required, Defendants deny the allegations in this paragraph.

27.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 earnings call. Defendants respectfully refer this Court to the May 13, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph

28.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 and August 12, 2021 earnings calls, which speak for themselves. Defendants respectfully refer this Court to CorMedix's May 13, 2021 and August 12, 2021 earnings call transcripts for a complete and accurate description of their contents, and otherwise deny the allegations in this paragraph.

29.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's September 7, 2021 press release, which speaks for itself. Defendants respectfully refer this Court to the September 7, 2021 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

30.    Defendants deny the allegations in this paragraph.

31.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 9, 2021 earnings call. Defendants respectfully refer this Court to the November 9, 2021 earnings call

transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

32.    Defendants deny the allegations in this paragraph.

33.    Defendants aver that the allegations in this paragraph purport to characterize and quote from an August 4, 2022 CRL, which speaks for itself. Defendants respectfully refer this Court to the August 4, 2022 CRL for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

34.    Defendants deny the allegations in this paragraph.

35.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 8, 2022 press release, which speaks for itself. Defendants respectfully refer this Court to the August 8, 2022 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

36.    Defendants deny the allegations in this paragraph.

37.    Defendants deny the allegations in this paragraph.

38.    Defendants deny the allegations in this paragraph.

39.    Defendants deny the allegations in this paragraph.

40.    Defendants deny the allegations in this paragraph.

41.    Defendants deny the allegations in this paragraph.

42.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

43.    This paragraph states legal conclusions to which no response is required.

44.    This paragraph states legal conclusions to which no response is required.

45.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

46.    Defendants deny the allegations in this paragraph.

47.    Defendants admit the allegations in the first, second, and third sentence of this paragraph.  Defendants otherwise deny the remaining allegations in this paragraph.

48.    Defendants admit that Khoso Baluch served as CorMedix's CEO and on its Board from October 2016 and retired on October 4, 2021.  Defendants further admit that prior to joining CorMedix, Khoso Baluch served as SVP and President at UCB, and worked at Eli Lilly and Company.  Defendants deny the remaining allegations in this paragraph.

49.    Defendants admit the allegations in this paragraph.

50.     Defendants admit the allegations in this paragraph.

51.     Defendants admit that Phoebe Mounts served as Executive Vice President and General Counsel of CorMedix since May 1, 2019 through December 12, 2023. Defendants further admit that prior to CorMedix, Phoebe Mounts was a partner at Morgan, Lewis & Bockius LLP and otherwise deny the allegations in this paragraph.

52.     Defendants admit the allegations in this paragraph.

53.     Defendants aver that the allegations in this paragraph purport to characterize and quote John L. Armstrong's Employment Agreement, which speaks for itself. Defendants respectfully refer the Court to John L. Armstrong's Employment Agreement for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

54.     Defendants admit the allegations in this paragraph.

55.     Defendants admit that the TAC uses the defined term "Defendants" and otherwise deny the allegations in this paragraph.

56.     This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself. Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

57.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

58.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

59.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

60.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

61.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

62.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

63.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

64.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

65.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

66.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

67.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

68.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

69.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

70.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

71.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

72.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

73.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

74.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

75.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

76.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

77.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants aver that the allegations in this paragraph purport to characterize FDA and/or industry guidance, which speaks for itself.  Defendants respectfully refer this Court to the FDA and/or industry guidance for a complete and accurate description of its contents.

78.    Defendants deny the allegations in this paragraph.

79.    Defendants admit the allegations in the first sentence of this paragraph. Defendants also admit that after evaluating over a dozen potential CMOs, CorMedix selected ROVI Contract Manufacturing.  Defendants deny the remaining allegations in this paragraph.

80.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

81.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

82.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

83.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

84.    Defendants deny the allegations in this paragraph.

85.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

86.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

87.     Defendants deny the allegations in this paragraph.

88.     Defendants aver that the allegations in this paragraph purport to characterize and quote CorMedix's August 13, 2019 earnings call transcript, which speaks for itself. Defendants respectfully refer the Court to CorMedix's August 13, 2019 earnings call transcript for a complete and accurate description of their contents, and otherwise deny the allegations in this paragraph.

89.     Defendants deny the allegations in this paragraph.

90.     Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's October 16, 2019 press release, which speaks for itself. Defendants respectfully refer the Court to the October 16, 2019 press release for a complete and accurate description of its contents, and otherwise deny the allegations of this paragraph.

91.     Defendants aver that the allegations in this paragraph purport to characterize and quote from the FDA's November 7, 2019 "Meeting Preliminary Comments," which speaks for itself. Defendants respectfully refer the Court to the

November 7, 2019 "Meeting Preliminary Comments" for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

92.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 14, 2019 earnings call, which speaks for itself.  Defendants respectfully refer the Court to CorMedix's November 14, 2019 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations of this paragraph.

93.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 14, 2019 earnings call. Defendants respectfully refer the Court to CorMedix's November 14, 2019 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations of this paragraph.

94.    Defendants deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from CorMedix's February 3, 2020 and May 11, 2020 press releases, which speak for themselves.  Defendants respectfully refer the Court to CorMedix's February 3, 2020 and May 11, 2020 press releases for a complete and accurate descriptions of their contents, and otherwise deny the allegations of this paragraph.

95.    Defendants deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize

and quote from CorMedix's March 16, 2020 earnings call, which speaks for itself. Defendants respectfully refer the Court to CorMedix's March 16, 2020 earnings call transcript for complete and accurate descriptions of its contents, and otherwise deny the allegations of this paragraph.

96.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 16, 2020 press release, March 16, 2020 earnings call, April 22, 2020 press release, and May 11, 2020 earnings call, which speak for themselves.  Defendants respectfully refer the Court to the CorMedix's March 16, 2020 press release, March 16, 2020 earnings call transcript, April 22, 2020 press release, and May 11, 2020 earnings call transcript for complete and accurate descriptions of their contents, and otherwise deny the allegations of this paragraph.

97.    Defendants deny sufficient knowledge or information to form a belief as to the truth of this allegation.

98.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's July 8, 2020 press release, August 10, 2020 Form 10-Q, and August 10, 2020 earnings call, which speak for themselves. Defendants respectfully refer the Court to the July 8, 2020 press release, August 10, 2020 Form 10-Q, and August 10, 2020 earnings call transcript for a complete and

accurate description of their contents, and otherwise deny the allegations of this paragraph.

99. Defendants deny the allegations in this paragraph.

100. Defendant deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 31, 2020 press release and November 5, 2020 Form 10-Q, which speak for themselves. Defendants respectfully refer the Court to the August 31, 2020 press release and November 5, 2020 Form 10-Q for a complete and accurate description of their contents, and otherwise deny the allegations of this paragraph.

101. Defendants deny the allegations in the first sentence of the paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 18, 2020 press release, which speaks for itself. Defendants respectfully refer the Court to the CorMedix's November 18, 2020 press release for complete and accurate descriptions of its content, and otherwise deny the allegations of this paragraph.

102. Defendants deny the allegations in this paragraph.

103. Defendants deny the allegations in this paragraph.

104. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

105.    Defendants aver that the allegations in this paragraph purport to characterize and quote from the FDA's February 26, 2021 CRL, which speaks for itself.  Defendants respectfully refer this Court to the February 26, 2021 CRL for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

106.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 1, 2021 press release, which speaks for itself.  Defendants respectfully refer this Court to the March 1, 2021 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

107.    Defendants deny the allegations in this paragraph.  Defendants further aver that the allegations in this paragraph purport to characterize and quote from a cross-sectional study published in April 2015, which speaks for itself.  Defendants respectfully request this Court to the cross-sectional study published in April 2015 for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

108.    Defendants deny the allegations in the first sentence of this paragraph.  The second sentence of this paragraph purports to characterize and quote an industry analyst, which speaks for itself.  To the extent a response is required, Defendants deny the allegations in the second sentence of this paragraph.

109.    Defendants deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from an analyst report, which speaks for itself.  Defendants respectfully refer this Court to the analyst report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

110.    Defendants aver that the allegations in this paragraph purport to characterize and quote from an analyst report, which speaks for itself.  Defendants respectfully refer this Court to the analyst report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

111.    Defendants deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from an analyst report, which speaks for itself.  Defendants respectfully refer this Court to the analyst report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph

112.    Defendants deny the allegations in this paragraph.

113.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update conference call, which speaks for itself.  Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and

accurate description of its contents, and otherwise deny the allegations in this paragraph.

114.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update conference call, which speaks for itself.  Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

115.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update conference call, which speaks for itself.  Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

116.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update conference call, which speaks for itself.  Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

117.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update conference call, which speaks for itself. Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

118.   Defendants deny the allegations in this paragraph.

119.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update conference call, which speaks for itself. Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

120.   Defendants aver that the allegations in this paragraph purport to characterize and quote from March 9, 2021 JMP Securities LLC and TRUIST Securities reports, and a March 10, 2021 Wainwright report, which speak for themselves. Defendants respectfully refer this Court to the March 9, 2021 JMP Securities LLC and TRUIST Securities reports, and March 10, 2021 Wainwright report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

121.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 30, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to the March 30, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

122.   Defendants aver that the allegations in this paragraph purport to characterize and quote from a March 30, 2021 TRUIST Securities report and March 31, 2021 JMP Securities LLC report, which speak for themselves.  Defendants respectfully refer this Court to the March 30, 2021 TRUIST Securities report and March 31, 2021 JMP Securities LLC report for a complete and accurate description of their contents, and otherwise deny the allegations in this paragraph.

123.   Defendants aver that the allegations in this paragraph purport to characterize and quote from a March 30, 2021 TRUIST Securities report, which speaks for itself.  Defendants respectfully refer this Court to the March 30, 2021 TRUIST Securities report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

124.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 30, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to the March 30, 2021 earnings

call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

125.    Defendants aver that the allegations in this paragraph purport to characterize CorMedix's April 14, 2021 press release, which speaks for itself. Defendants respectfully refer this Court to the April 14, 2021 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

126.    Defendants deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from an April 14, 2021 article, which speaks for itself.  Defendants respectfully refer this Court to the April 14, 2021 article for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

127.    Defendants deny the allegations in the first sentence of this paragraph. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's April 14, 2021 press release, which speaks for itself. Defendants respectfully refer this Court to the April 14, 2021 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.  Defendants further deny knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the industry analysts, and on that basis deny them.

128.   Defendants aver that the allegations in this paragraph purport to characterize April 14, 2021 FDA guidance and an April 15, 2021 TRUIST Securities report, which speak for themselves.  Defendants respectfully refer this Court to the April 14, 2021 FDA guidance and April 15, 2021 TRUIST Securities report for a complete and accurate description of their contents, and otherwise deny the allegations in this paragraph.

129.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 press release, which speaks for itself.  Defendants respectfully refer this Court to the May 13, 2021 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

130.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's alleged public statements, which speak for themselves.  Defendants respectfully refer this Court to the direct sources for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

131.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 12, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to the August 12, 2021

earnings call for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

132.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 12, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to the August 12, 2021 earnings call for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

133.   Defendants aver that the allegations in this paragraph purport to characterize and quote from an April 14, 2021 JMP Securities LLC report, August 12, 2021 TRUIST Securities report, and August 13, 2021 JMP Securities LLC report.  Defendants respectfully refer this Court to the April 14, 2021 JMP Securities LLC report, August 12, 2021 TRUIST Securities report, and August 13, 2021 JMP Securities LLC report for a complete and accurate description of their contents, and otherwise deny the allegations in this paragraph.

134.   Defendants deny the remaining allegations in this paragraph.

135.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's September 7, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to the September 7, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

136.    Defendants deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from September 7, 2021 Seeking Alpha and The Motley Fool articles, which speak for themselves.   Defendant respectfully refer this Court to the September 8, 2021 Seeking Alpha and The Motley Fool articles for a complete and accurate description of their contents, and otherwise deny the allegations in this paragraph.

137.    Defendants deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in the second sentence of this paragraph purport to characterize and quote from CorMedix's October 4, 2021 press release, which speaks for itself.  Defendants respectfully refer this Court to the October 4, 2021 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

138.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's September 7, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to the September 7, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

139.    Defendants deny the allegations in this paragraph.

140.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 9, 2021 press release and November 9, 2021 earnings call, which speak for themselves.   Defendants respectfully refer this Court to the November 9, 2021 press release and November 9, 2021 earnings call transcript for a complete and accurate description of their contents, and otherwise deny the allegations in this paragraph.

141.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 9, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to the November 9, 2021 earnings call transcript for a complete and accurate description of their contents, and otherwise deny the allegations in this paragraph

142.   Defendants aver that the allegations in this paragraph purport to characterize and quote from a November 10, 2021 JMP Securities LLC report, which speaks for itself.  Defendants respectfully refers this Court to the November 10, 2021 JMP Securities LLC report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

143.   Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph, and on that basis deny them.  Defendants further aver that the allegations in this paragraph purport to characterize and quote from an analyst report, which speaks for itself.  Defendants

respectfully refer this Court to the analyst report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph

144.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's February 28, 2022 press release, which speaks for itself.  Defendants respectfully refer this Court to the February 28, 2022 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

145.    Defendants aver that the allegations in this paragraph purport to characterize and quote from a February 28, 2022 JMP Securities LLC report, which speaks for itself.  Defendants respectfully refer this Court to the February 28, 2022 JMP Securities LLC report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

146.    Defendants aver that the allegations in this paragraph purport to characterize and quote from a February 28, 2022 TRUIST Securities report, which speaks for itself.  Defendants respectfully refer this Court to the February 28, 2022 TRUIST Securities report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

147.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 28, 2022 press release, which speaks for itself.  Defendants respectfully refer this Court to the March 28, 2022 press

release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

148.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 30, 2022 earnings call, which speaks for itself.  Defendants respectfully refer this Court to the March 30, 2022 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

149.   Defendants deny the allegations in this paragraph.

150.   Defendants aver that the allegations in this paragraph purport to characterize and quote from a March 30, 2022 JMP Securities LLC report, which speaks for itself.   Defendants respectfully refer this Court to the March 30, 2022 JMP Securities LLC report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

151.   Defendants deny the allegations in the first sentence of this paragraph. Defendants aver that the allegations in this paragraph purport to characterize and quote from a March 29, 2022 TRUST Securities report, which speaks for itself. Defendants respectfully refer this Court to the March 29, 2022 TRUST Securities report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

152.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 12, 2022 earnings call, which speaks for itself. Defendants respectfully refer this Court to the May 12, 2022 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

153.    Defendants deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 12, 2022 earnings call, which speaks for itself. Defendants respectfully refer this Court to the May 12, 2022 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

154.    Defendants deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from the June 15, 2022 JMP Securities Life Sciences Conference. Defendants respectfully refer this Court to the June 15, 2022 JMP Securities Life Sciences Conference Edited Transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

155.    Defendants deny the allegations in the first sentence of the paragraph. Defendants aver that the allegations in the second sentence of this paragraph purport to characterize and quote from a May 12, 2022 TRUIST Securities report, which

speaks for itself. Defendants respectfully refer this Court to the May 12, 2022 TRUIST Securities report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

156. Defendants deny the allegations in the first and second sentences of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from FDA's August 4, 2022 Second CRL, which speaks for itself. Defendants respectfully refer this Court to the August 4, 2022 Second CRL for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

157. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 8, 2022 press release, which speaks for itself. Defendants respectfully refer this Court to the August 8, 2022 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

158. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 8, 2022 press release, which speaks for itself. Defendants respectfully refer this Court to the August 8, 2022 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

159. Defendants deny the allegations in this paragraph.

160.   This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

161.   Defendants deny the allegations in this paragraph.

162.   Defendants admit that in 2020, CorMedix formed a wholly-owned Spanish subsidiary, and otherwise deny the allegations in this paragraph.

163.   Defendants deny the allegations in this paragraph.

164.   The allegations in the first sentence of this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update conference call, which speaks for itself.  Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

165.   Defendants deny the allegations in this paragraph.

166.   Defendants deny the allegations in this paragraph.

167.   Defendants deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from an October 28, 2021 *New York Times* article and August 26, 2021 *Reuters* article, which speak for themselves.  Defendants respectfully refer this Court to the an October 28, 2021 *New York Times* article and August 26, 2021 *Reuters*

article for a complete and accurate description of their contents, and otherwise deny the allegations in this paragraph.

168.    Defendants deny the allegations in the first sentence of this paragraph. Defendants further aver that the allegations in this paragraph purport to characterize and quote from ROVI's root cause analysis report.   Defendants respectfully refer this Court to ROVI's root cause analysis report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

169.    Defendants deny the allegations in this paragraph.

170.    Defendants deny the allegations in this paragraph.

171.    Defendants deny the allegations in this paragraph.

172.    Defendants deny the allegations in this paragraph.

173.    Defendants deny the allegations in this paragraph.

174.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

175.    Defendants deny the allegations in this paragraph.

176.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

177.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis deny them.

178.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's October 16, 2019 press release filed with the SEC as Exhibit 99.1 to the Form 8-K, which speaks for itself.   Defendants respectfully refer this Court to the October 16, 2019 press release filed with the SEC as Exhibit 99.1 to the Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

179.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's October 16, 2019 press release filed with the SEC as Exhibit 99.1 to the Form 8-K, which speaks for itself.   Defendants respectfully refer this Court to the October 16, 2019 press release filed with the SEC as Exhibit 99.1 to the Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

180.   Defendants deny the allegations in this paragraph.

181.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 14, 2019 press release, which speaks for itself.   Defendants respectfully refer this Court to the November 14, 2019 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

182.   Defendants deny the allegations in this paragraph.

183.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 14, 2019 earnings call, which speaks for itself.  Defendants respectfully refer this Court to the November 14, 2019 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

184.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 14, 2019 earnings call, which speaks for itself.  Defendants respectfully refer this Court to the November 14, 2019 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

185.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 14, 2019 earnings call, which speaks for itself.  Defendants respectfully refer this Court to the November 14, 2019 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

186.   Defendants deny the allegations in this paragraph.

187.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's February 3, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's February 3, 2020 press release filed with

the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

188.   Defendants deny the allegations in this paragraph.

189.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's Annual Report on Form 10-K for the fiscal year ended December 1, 2019, filed with the SEC on March 16, 2020, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's Annual Report on Form 10-K for the fiscal year ended December 1, 2019, filed with the SEC on March 16, 2020, for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

190.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's Annual Report on Form 10-K for the fiscal year ended December 1, 2019, filed with the SEC on March 16, 2020, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's Annual Report on Form 10-K for the fiscal year ended December 1, 2019, filed with the SEC on March 16, 2020, for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

191.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's Annual Report on Form 10-K for the fiscal year ended December 1, 2019, filed with the SEC on March 16, 2020, which speaks

for itself.  Defendants respectfully refer this Court to CorMedix's Annual Report on Form 10-K for the fiscal year ended December 1, 2019, filed with the SEC on March 16, 2020, for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

192.    Defendants aver that the allegations in this paragraph purport to characterize and quote from the signed certifications appended as exhibits to CorMedix's Annual Report on Form 10-K for the fiscal year ended December 1, 2019, filed with the SEC on March 16, 2020, which speaks for itself.  Defendants respectfully refer this Court to the signed certifications appended as exhibits to CorMedix's Annual Report on Form 10-K for the fiscal year ended December 1, 2019, filed with the SEC on March 16, 2020, for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

193.    Defendants deny the allegations in this paragraph.

194.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's April 22, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's April 22, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

195.    Defendants deny the allegations in this paragraph.

196.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 11, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's May 11, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

197.   Defendants deny the allegations in this paragraph.

198.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's July 8, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's July 8, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

199.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's July 8, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's July 8, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

200.   Defendants deny the allegations in this paragraph.

201.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 10, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.   Defendants respectfully refer this Court to CorMedix's August 10, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

202.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 10, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.   Defendants respectfully refer this Court to CorMedix's August 10, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

203.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 10, 2020 Form 10-Q, which speaks for itself.   Defendants respectfully refer this Court to CorMedix's August 10, 2020 Form 10-Q for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

204.   Defendants aver that the allegations in this paragraph purport to characterize and quote from the signed certifications appended as exhibits to CorMedix's August 10, 2020 Form 10-Q, which speaks for itself.   Defendants

respectfully refer this Court to CorMedix's signed certifications appended as exhibits to CorMedix's August 10, 2020 Form 10-Q for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

205.   Defendants deny the allegations in this paragraph.

206.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 31, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-k, which speaks for itself.   Defendants respectfully refer this Court to CorMedix's August 31, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

207.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 31, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.   Defendants respectfully refer this Court to CorMedix's August 31, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

208.   Defendants deny the allegations in this paragraph.

209.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 5, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.   Defendants

respectfully refer this Court to CorMedix's November 5, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

210. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 5, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself. Defendants respectfully refer this Court to CorMedix's November 5, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

211. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 5, 2020 Form 10-Q, which speaks for itself. Defendants respectfully refer this Court to CorMedix's November 5, 2020 Form 10-Q for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

212. Defendants aver that the allegations in this paragraph purport to characterize and quote from the signed certifications appended as exhibits to CorMedix's November 5, 2020 Form 10-Q, which speaks for itself. Defendants respectfully refer this Court to the signed certifications appended as exhibits to CorMedix's November 5, 2020 Form 10-Q for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

213.    Defendants deny the allegations in this paragraph.

214.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 18, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's November 18, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

215.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 18, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's November 18, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

216.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's November 18, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's November 18, 2020 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

217.    Defendants deny the allegations in this paragraph.

218.   Defendants admit that on February 26, 2021, FDA issued a CRL to CorMedix and deny the remaining allegations in this paragraph.

219.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 1, 2021 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's March 1, 2021 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

220.   Defendants deny the allegations in the first sentence of this paragraph. Defendants aver that the allegations in this paragraph purport to characterize and quote from a March 1, 2021 TRUIST report, which speaks for itself.  Defendants respectfully refer this Court to the March 1, 2021 TRUIST report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

221.   Defendants deny the allegations in this paragraph.

222.   Defendants aver that the allegations in this paragraph purport to characterize and quote from a March 1, 2021 TRUIST Securities report, which speaks for itself.  Defendants respectfully refer this Court to the March 1, 2021 TRUIST Securities report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

223.  Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update conference call, which speaks for itself.  Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

224.  Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update conference call, which speaks for itself.  Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

225.  Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update conference call, which speaks for itself.  Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

226.  Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update

conference call, which speaks for itself. Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

227. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 9, 2021 regulatory update conference call, which speaks for itself. Defendants respectfully refer this Court to the March 9, 2021 regulatory update conference call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

228. Defendants deny the allegations in this paragraph.

229. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 30, 2021 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself. Defendants respectfully refer this Court to CorMedix's March 30, 2021 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

230. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 30, 2021 Form 10-K, which speaks for itself. Defendants respectfully refer this Court to CorMedix's March 30, 2021

Form 10-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

231.   Defendants aver that the allegations in this paragraph purport to characterize the signed certifications appended as exhibits to CorMedix's March 30, 2021 Form 10-K, which speaks for itself.  Defendants respectfully refer this Court to the signed certifications appended as exhibits to CorMedix's March 30, 2021 Form 10-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

232.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 30, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's March 30, 2021 earning call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

233.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 30, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's March 30, 2021 earning call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

234.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 30, 2021 earnings call, which speaks

for itself.  Defendants respectfully refer this Court to CorMedix's March 30, 2021 earning call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

235.   Defendants deny the allegations in this paragraph.

236.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's April 14, 2021 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's April 14, 2021 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

237.   Defendants deny the allegations in this paragraph.

238.   Defendants deny the allegations in this paragraph.

239.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's April 14, 2021 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's April 14, 2021 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

240.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's April 14, 2021 Corporate Presentation,

which speaks for itself. Defendants respectfully refer this Court to CorMedix's April 14, 2021 Corporate Presentation for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

241. Defendants deny the allegations in this paragraph.

242. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself. Defendants respectfully refer this Court to CorMedix's May 13, 2021 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

243. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 earnings call, which speaks for itself. Defendants respectfully refer this Court to CorMedix's May 13, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

244. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 earnings call, which speaks for itself. Defendants respectfully refer this Court to CorMedix's May 13, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

245.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's May 13, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

246.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's May 13, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

247.   Defendants deny the allegations in this paragraph.

248.   Defendants deny the allegations in this paragraph.

249.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 press release, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's May 13, 2021 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

250.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 press release, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's May 13, 2021

press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

251.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's May 13, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

252.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's May 13, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

253.   Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 13, 2021 Form 10-Q, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's May 13, 2021 Form 10-Q for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

254.   Defendants aver that the allegations in this paragraph purport to characterize the signed certifications appended as exhibits to CorMedix's May 13, 2021 Form 10-Q, which speaks for itself.  Defendants respectfully refer this Court

to the signed certifications appended as exhibits to CorMedix's May 13, 2021 Form 10-Q for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph

255. Defendants deny the allegations in this paragraph.

256. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 12, 2021 press release filed with the SEC as Exhibit 99.1 to a Form 8-K, which speaks for itself. Defendants respectfully refer this Court to CorMedix's August 12, 2021 press release filed with the SEC as Exhibit 99.1 to a Form 8-K for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

257. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 12, 2021 earnings call, which speaks for itself. Defendants respectfully refer this Court to CorMedix's August 12, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

258. Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 12, 2021 earnings call, which speaks for itself. Defendants respectfully refer this Court to CorMedix's August 12, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

259.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 12, 2021 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's August 12, 2021 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

260.    Defendants deny the allegations in this paragraph.

261.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's September 7, 2021 press release, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's September 7, 2021 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

262.    Defendants deny the allegations in this paragraph.

263.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this paragraph, and on that basis deny them.   Defendants further aver that the allegations in this paragraph purport to characterize and quote from a September 7, 2021 Motley Fool article, which speaks for itself.  Defendants respectfully refer this Court to the September 7, 2021 Motley Fool article for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

264.    Defendants aver that the allegations in this paragraph purport to characterize and quote from a September 7, 2021 JMP Securities LLC report, which speaks for itself.  Defendants respectfully refer this Court to the September 7, 2021 JMP Securities LLC report for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

265.    Defendants deny the allegations in this paragraph.

266.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's February 28, 2022 press release, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's February 28, 2022 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

267.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 28, 2022 press release, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's March 28, 2022 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

268.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 30, 2022 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's March 30, 2022

earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

269.    Defendants deny the allegations in this paragraph.

270.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 30, 2022 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's March 30, 2022 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

271.    Defendants deny the allegations in this paragraph.

272.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's March 30, 2022 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's March 30, 2022 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

273.    Defendants deny the allegations in this paragraph.

274.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 12, 2022 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's May 12, 2022 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

275.    Defendants deny the allegations in this paragraph.

276.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 12, 2022 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's May 12, 2022 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

277.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's May 12, 2022 earnings call, which speaks for itself.  Defendants respectfully refer this Court to CorMedix's May 12, 2022 earnings call transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

278.    Defendants deny the allegations in this paragraph.

279.    Defendants aver that the allegations in this paragraph purport to characterize and quote from the June 15, 2022 JMP Securities Life Sciences Conference.  Defendants respectfully refer this Court to the June 15, 2022 JMP Securities Life Sciences Conference Edited Transcript for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

280.    Defendants deny the allegations in this paragraph.

281.    Defendants aver that the allegations in this paragraph purport to characterize and quote from CorMedix's August 8, 2022 press release, which speaks

for itself. Defendants respectfully refer this Court to the August 8, 2022 press release for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph

282.    Defendants deny the allegations in this paragraph.

283.    Defendants aver that the allegations in this paragraph purport to characterize and quote from an August 8, 2022 Seeking Alpha article, which speaks for itself. Defendants respectfully refer this Court to the August 8, 2022 Seeking Alpha article for a complete and accurate description of its contents, and otherwise deny the allegations in this paragraph.

284.    Defendants aver that the allegations in this paragraph purport to characterize and quote from an August 9, 2022 JMP Securities LLC report and an August 8, 2022 TRUIST Securities report, which speak for themselves. Defendants respectfully refer this Court to the August 9, 2022 JMP Securities LLC report and August 8, 2022 TRUIST Securities report for a complete and accurate description of their contents, and otherwise deny the allegations in this paragraph.

285.    Defendants deny the allegations in this paragraph.

286.    Defendants deny the allegations in this paragraph.

287.    Defendants deny the allegations in this paragraph.

288.    Defendants deny the allegations in this paragraph.

289.    Defendants deny the allegations in this paragraph.

290.    Defendants admit that on July 22, 2021, CorMedix's stock price closed at $6.42, on October 10, 2022 CorMedix's stock price closed at $2.85, and otherwise deny the allegations in this paragraph.

291.    This paragraph states legal conclusions to which no response is required.    To the extent a response is required, Defendants deny the allegations in this paragraph.

292.    This paragraph states legal conclusions to which no response is required.    To the extent a response is required, Defendants deny the allegations in this paragraph.

293.    Defendants deny the allegations in this paragraph.

294.    Defendants deny the allegations in this paragraph.

295.    Defendants deny the allegations in this paragraph.

296.    Defendants deny the allegations in this paragraph.

297.    Defendants deny the allegations in this paragraph.

298.    This paragraph states legal conclusions to which no response is required.    To the extent a response is required, Defendants deny the allegations in this paragraph.

299.    This paragraph states legal conclusions to which no response is required.    To the extent a response is required, Defendants deny the allegations in this paragraph.

300.   This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

301.   This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

302.   This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

303.   This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

304.   This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

305.   This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

306.   Defendants deny the allegations in this paragraph.

307.   Defendants deny the allegations in this paragraph.

308.   This paragraph states legal conclusions to which no response is required.   To the extent a response is required, Defendants deny the allegations in this paragraph.

309.   Defendants deny the allegations in this paragraph.

310.   This paragraph states legal conclusions to which no response is required.   To the extent a response is required, Defendants deny the allegations in this paragraph.

311.   Defendants deny the allegations in this paragraph.

312.   Defendants deny the allegations in this paragraph.

313.   Defendants deny the allegations in this paragraph.

314.   Defendants deny the allegations in this paragraph.

315.   Defendants deny the allegations in this paragraph.

316.   Defendants deny the allegations in this paragraph.

317.   Defendants deny the allegations in this paragraph.

318.   Defendants deny the allegations in this paragraph.

319.   Defendants deny the allegations in this paragraph.

320.   Defendants deny the allegations in this paragraph.

321.   Defendants deny the allegations in this paragraph.

322.   Defendants deny the allegations in this paragraph.

323.   Defendants deny the allegations in this paragraph.

324.    Defendants deny the allegations in this paragraph.

325.    Defendants deny the allegations in this paragraph.

The TAC contains an unnumbered paragraph with subparts A through D containing a prayer for relief, to which no response is required.  To the extent a response is required, Defendants deny that Lead Plaintiff are entitled to any relief in this action.

The TAC contains an unnumbered paragraph containing Lead Plaintiff's jury demand, to which no response is required.  To the extent a response is required, Defendants also demand a trial by jury.

## AFFIRMATIVE DEFENSES

As separate defenses to the TAC and the causes of action asserted against Defendants therein (the "Causes of Action"), and without assuming the burden of proof on matters as to which it has no such burden, Defendants state as follows:

## FIRST DEFENSE

### (Failure to State a Cause of Action Upon Which Relief May Be Granted)

The TAC and the Causes of Action asserted therein fail to state facts sufficient to constitute a cause of action against Defendants.

## SECOND DEFENSE

### (No False or Misleading Statements of Material Fact or Omissions)

Lead Plaintiff and putative class members are not entitled to any recovery because the documents and statements quoted in the TAC did not contain any untrue statement of material fact, and did not omit to state any material fact required to be stated or necessary to make the statements made not misleading.

## THIRD DEFENSE

### (Lack of Scienter)

Defendants lacked the requisite scienter, including specific intent to deceive, and/or willfulness, necessary to establish violations of the securities laws.

## FOURTH DEFENSE

### (Good Faith)

Lead Plaintiff's and putative class members' claims are barred, in whole or in part, because Defendants acted in good faith, including reasonably relying upon the advice of others.

## FIFTH DEFENSE

### (Lack of Knowledge Regarding Omission)

Defendants did not know, and in the exercise of reasonable care could not have known, that any statement made by Defendants contained an untrue statement of material fact or an omission of a material fact necessary in order to make the statements, in light of the circumstances under which they were made, not misleading.

## SIXTH DEFENSE

### (No Reliance)

Lead Plaintiff's and putative class members' claims are barred, in whole or in part, because Lead Plaintiff and putative class members did not and could not have reasonably and/or justifiably relied on the alleged misstatements or omissions alleged in the TAC.

## **SEVENTH DEFENSE**

### **(Lead Plaintiff Not Adequate or Typical)**

The claims and Causes of Action brought on behalf of a putative class are barred, in whole or in part, because the Lead Plaintiff does not meet the adequacy or typicality requirements of Rule 23.

## **EIGHTH DEFENSE**

### **(Class Action Improper under Rule 23)**

Lead Plaintiff's claims are improperly brought, and cannot be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

## **NINTH DEFENSE**

### **(Lack of Standing)**

Lead Plaintiff's and putative class members' claims are barred, in whole or in part, because Lead Plaintiff and putative class members lack standing to pursue some or all of their claims against Defendants.

## **TENTH DEFENSE**

### **(No Duty)**

Lead Plaintiff's and putative class members' claims are barred, in whole or in part, because Defendants neither owed nor breached any duty to Lead Plaintiff or putative class members to disclose information allegedly omitted from any statement alleged in the TAC, and had no duty to verify, opine upon, audit, review, or correct such information.

## ELEVENTH DEFENSE

### (Immateriality)

Lead Plaintiff's and putative class members' claims are barred, in whole or in part, because the allegedly untrue statements of material fact and/or omissions of material fact were not material to the investment decisions of a reasonable investor.

## TWELFTH DEFENSE

### (Non-Actionable Statements)

Lead Plaintiff's and putative class members' claims are barred, in whole or in part, because the alleged misstatements are non-actionable statements that contain expressions of opinion that were truly held at the time they were made and/or had a reasonable basis in belief.

## THIRTEENTH DEFENSE

### (Failure to Mitigate)

Lead Plaintiff's and putative class members' claims are barred, in whole or in part, because Lead Plaintiff and putative class members failed to make reasonable efforts to mitigate their alleged injury or damage, which efforts would have prevented all or part of any such alleged injury or damage.

## FOURTEENTH DEFENSE

### (Equitable Defenses)

Lead Plaintiff's and putative class members' claims are barred, in whole or in part, by the doctrine of laches, equitable estoppel, waiver, or other equitable defenses.

## FIFTEENTH DEFENSE

### (Class Not Ascertainable)

This action cannot be maintained as a class action because the class is not ascertainable.

## SIXTEENTH DEFENSE

### (Class Lacks Commonality)

This action cannot be maintained as a class action because Lead Plaintiff cannot satisfy the commonality requirement of Rule 23 of the Federal Rules of Civil Procedure.

## SEVENTEENTH DEFENSE

### (Individual Issues Predominate)

This action cannot be maintained as a class action because individual issues predominate over issues common to the putative class.

## EIGHTEENTH DEFENSE

### (Class Conflict)

This action cannot be maintained as a class action because the interests of the putative class members are in conflict with each other.

## NINETEENTH DEFENSE

### (Class Action Not Superior)

This action cannot be maintained as a class action because a class action is not a superior means of adjudication.

## TWENTIETH DEFENSE

### (Overly Broad Class Period)

The putative class period is overly broad and, therefore, many, if not all, of the putative class members are not entitled to any recovery.

## TWENTY-FIRST DEFENSE

### (No Damages)

Lead Plaintiff's and putative class members' claims are barred, in whole or in part, because they have suffered no damages as a result of any matters referred to in the TAC. In the alternative, if Lead Plaintiff and putative class members are found to have suffered damages, their claims are barred, in whole or in part, to the extent that their damages are speculative or impossible to ascertain.

## TWENTY-SECOND DEFENSE

### (No Loss Causation)

Lead Plaintiff's and putative class members' claims are barred, in whole or in part, because of the lack of loss causation. Any damages or injuries allegedly suffered by Lead Plaintiffs or putative class members were not legally caused by any act or omission by Defendants.

## TWENTY-THIRD DEFENSE

### (No Control Person Liability)

Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, John L. Armstrong, and Joseph Todisco are not subject to control person liability under Section 20(a) of the Exchange Act because they did not serve as a controlling person of CorMedix within the meaning of Section 20(a) of the Exchange Act, and because they acted in good faith, and/or they did not directly or indirectly induce, or culpably participate in, any of the alleged acts that supposedly violated the Exchange Act.

## TWENTY-FOURTH DEFENSE

### (Superseding or Intervening Acts)

Any recovery against Defendants is barred, in whole or in part, because any damages incurred by Lead Plaintiff or putative class members were sustained as a direct and proximate result of intervening and superseding acts and/or omissions of persons or entities, other than Defendants, that were outside the control of

Defendants, and/or by intervening and superseding events that were beyond the control of, and could not have been foreseen by, Defendants.

## TWENTY-FIFTH DEFENSE

### (Non-Entitlement to Fees)

Lead Plaintiff and putative class members are not entitled to attorneys' fees or expert fees as a matter of law.

## TWENTY-SIXTH DEFENSE

### (Reservation of Rights)

Defendants reserve the right to raise any additional defenses, counterclaims, cross claims, and third-party claims not asserted herein of which they may become aware through discovery or other investigation, and will amend or modify their answer accordingly. Defendants further reserve the right to withdraw defenses that they determine are not applicable during the course of discovery and other proceedings in this action.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for relief and judgment, as follows:

A.    That judgment be entered in favor of Defendants;

B.    That Plaintiffs take nothing by reason of the claims and Causes of Action asserted herein;

C.    That the TAC and the Causes of Action against Defendants be dismissed with prejudice;

D.    For Defendants' costs of suit, including attorneys' fees, incurred in defense of this action; and

E.    For such other and further relief as the Court may deem just and proper.


Dated: September 2, 2025                    Respectfully Submitted,

                                            WILLKIE FARR & GALLAGHER LLP

                                            /s/ *Andrew J. Lichtman*
                                            Andrew J. Lichtman
                                            Charles D. Cording (*pro hac vice*)
                                            787 Seventh Avenue
                                            New York, New York 10019
                                            Tel: (212) 728-8000
                                            Fax: (212) 728-8111
                                            alichtman@willkie.com
                                            ccording@willkie.com


                                            *Counsel for Defendants CorMedix Inc., Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, John L. Armstrong, and Joseph Todisco*

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

Plaintiff, by his attorneys, hereby certifies that to the best of his knowledge, the matter in controversy is not related to any other action. Plaintiff is not currently aware of any other party who should be joined in this action. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:        Respectfully Submitted,


WILLKIE FARR & GALLAGHER LLP

*/s/ Andrew J. Lichtman*_____
Andrew J. Lichtman
Charles D. Cording (*pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
alichtman@willkie.com
ccording@willkie.com


*Counsel for Defendants CorMedix Inc., Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, John L. Armstrong, and Joseph Todisco*