# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

September 11, 2025

**VIA CM/ECF**

The Honorable Cari Fais, Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *IN RE CORMEDIX INC. SECURITIES LITIGATION*, Case No. 2:21-cv-14020

Dear Judge Fais,

We represent Defendants CorMedix Inc., Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, John L. Armstrong, and Joseph Todisco in the above-referenced action. With the consent of Lead Plaintiff John V. Levon, we request that the Court so-order the parties' enclosed Confidentiality Order, which is based off of the standard version that appears as Appendix S in this District's Local Rules.

Thank you in advance for your attention to this request.

Respectfully submitted,

By: */s/ Andrew J. Lichtman*
Andrew J. Lichtman
Charles D. Cording (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
alichtman@willkie.com
ccording@willkie.com

*Counsel for Defendants*