**POMERANTZ LLP**
Brian Calandra
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
 bcalandra@pomlaw.com


**FREEDMAN NORMAND FRIEDLAND LLP**
Ivy T. Ngo (*pro hac vice*)
Velvel (Devin) Freedman (*pro hac vice*)
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
Telephone: (786) 924-2900
ingo@fnf.law
vel@fnf.law

*Counsel for Lead Plaintiff and the Class*

- additional counsel on signature page –

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | Case No. 2:21-cv-14020-JXN-CF |
| | CLASS ACTION |
| | Hon. Julien Xavier Neals |
| | Hon. Cari Fais |
| This Document Relates To: All cases | |

## LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND

Lead Plaintiff John V. Levon ("Plaintiff"), with the consent of Defendants, hereby moves pursuant to Fed. R. Civ. P. 15 and Local Rule 15.1 for leave to file the proposed Fourth Amended Complaint attached hereto in standard form as Exhibit 1 and in redline form as Exhibit 2.  In support of this motion, Plaintiff states as follows:

1.  The scheduling order entered by the Court on August 27, 2025 (ECF No. 133) specified that motions for leave to amend shall be brought by December 1, 2025.

2.  Plaintiff desires to amend his Complaint to: (a) reflect the death of former defendant John Armstrong, who is identified in the proposed Fourth Amended Complaint by his title but is not named as a defendant; and (b) correct the identification of the Company's heparin supplier, which was correctly identified in the second amended complaint but not the third amended complaint.  All other changes are clerical and non-substantive.

3.  Federal Rule of Civil Procedure 15(a) specifies that leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2).  The proposed amendments here are minor and so justified, in that they address an intervening death of a party and correct a misidentification that might otherwise cause confusion.

4.  On December 1, 2025, Joshua Silverman, counsel for Plaintiff, conferred with Charles Cording, counsel for Defendants, who confirmed that Defendants do not oppose the proposed amendment.

Dated: December 1, 2025          Respectfully Submitted,

**POMERANTZ LLP**
/s/ *Brian Calandra*
Josh Silverman (*pro hac vice*)
Christopher Tourek (*pro hac vice*)
10 South LaSalle St., Ste. 3505
Chicago, IL 60603
Telephone: (312) 377-1181
jbsilverman@pomlaw.com
ctourek@pomlaw.com

Brian Calandra
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
 bcalandra@pomlaw.com


**FREEDMAN NORMAND FRIEDLAND LLP**
Ivy T. Ngo (*pro hac vice*)
Velvel (Devin) Freedman (*pro hac vice*)
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
Telephone: (786) 924-2900
ingo@fnf.law
vel@fnf.law

*Counsel for Lead Plaintiff and the Class*

**THE SCHALL LAW FIRM**
Brian Schall
880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
brian@schallfirm.com

**BRONSTEIN, GEWIRTZ,  & GROSSMAN, LLC**

Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
Telephone: (212) 697-6484
peretz@bgandg.com
eitank@bgandg.com

*Additional Counsel for Lead Plaintiff*