# Exhibit 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | Case No. 2:21-cv-14020-JXN-CF<br><br>CLASS ACTION<br><br>Hon. Julien Xavier Neals<br>Hon. Cari Fais |
| This Document Relates To: | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION**
**FOR LEAVE TO AMEND**

This matter coming before the Court on Lead Plaintiff's unopposed motion for leave to amend, and the Court, having considered the matter on the papers, finds that the proposed amendment is proper and THEREFORE IT IS ORDERED THAT:

1. Lead Plaintiff's motion is granted.

2. Lead Plaintiff shall file his proposed Fourth Amended Complaint.

3. All deadlines ordered by the Court shall remain.

IT IS SO ORDERED.

Dated: _____                    By:_____