# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | Case No. 2:21-cv-14020 JXN CLW |
|  | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL CASES | **STATEMENT NOTING DEATH** |

    Undersigned Counsel respectfully submit this Statement Noting Death pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. Please be advised that Individual Defendant John L. Armstrong has passed away.

Dated: December 9, 2025

Respectfully submitted,

/s/ *Andrew J. Lichtman*
Andrew J. Lichtman
Charles D. Cording (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York  10019
Tel: (212) 728-8000
Fax: (212) 728-8111
alichtman@willkie.com
ccording@willkie.com

*Counsel for Defendants*