# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | Case No. 2:21-cv-14020-JXN-CF <br><br> <u>CLASS ACTION</u> <br><br> Hon. Julien Xavier Neals <br> Hon. Cari Fais |
| This Document Relates To: <br> ALL CASES | |

## ORDER GRANTING UNOPPOSED MOTION
## FOR LEAVE TO AMEND

This matter coming before the Court on Lead Plaintiff's unopposed motion for leave to amend, and the Court, having considered the matter on the papers, finds that the proposed amendment is proper and THEREFORE IT IS ORDERED THAT:

1. Lead Plaintiff's motion is granted.

2. Lead Plaintiff shall file his proposed Fourth Amended Complaint on or before December 22, 2025.

3. All deadlines ordered by the Court shall remain.

4. The Clerks Office shall terminate the unopposed motion at ECF No. 141.

IT IS SO ORDERED.

Dated: December 17, 2025   By: *s/Cari Fais*
                           Hon. Cari Fais, U.S.M.J.