The Honorable Cari Fais
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:**   *In re CorMedix Securities Litigation*, No. 21-cv-14020 (D.N.J.)

Dear Magistrate Judge Fais,

In advance of the March 4, 2026 status conference, Lead Plaintiff John Levon ("Lead Plaintiff") and Defendants CorMedix Inc., Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, and Joseph Todisco (collectively, "Defendants", and together with Lead Plaintiff, the "Parties") submit this Joint Status Letter to inform the Court of the progress of discovery and request an extension to the discovery deadlines ordered in the Pretrial Scheduling Order, entered on August 27, 2025 (ECF No. 133) (the "Order").

The Parties have exchanged written discovery and met-and-conferred extensively regarding search terms and custodians with respect to Lead Plaintiff's first requests for production. The Parties each believe these negotiations have occurred in good faith. The Parties have now reached agreement on search terms and custodians for this production, without waiver of Lead Plaintiff's right to request additional search terms or custodians after reviewing those documents (and with reservation of Defendants' rights to oppose any further search terms or custodians raised).

Consistent with Your Honor's instruction at our last status conference, Lead Plaintiff provided certain categories that would be helpful to assess settlement prospects, and Defendants prioritized production of those categories. Defendants now expect to substantially complete their production of documents responsive to Lead Plaintiff's first requests for production on or about March 25, 2026.

The Parties agree that the discovery and expert deadlines in the Order should be adjusted to reflect these developments. The schedule set forth in the Order contemplated that fact discovery would be completed approximately five months after substantial completion, which was then anticipated to be done by January 31, 2026. The Parties agree that the same general timelines should remain (*i.e.*, dates should be pushed out by approximately two months), and propose that they submit a joint schedule with hard dates within one week after Defendants' document production has been substantially completed (but no later than April 10, 2025).

We thank the Court for its time and look forward to discussing this matter at our conference on March 4, 2026, at 10:30 a.m. ET.

| | |
|---|---|
| Dated: March 2, 2026 | Respectfully Submitted, |
| **WILLKIE FARR & GALLAGHER LLP** | **POMERANTZ LLP** |
| */s/ Andrew J. Lichtman* | */s/ Brian Calandra* |
| Andrew J. Lichtman<br>Charles D. Cording (*pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel: (212) 728-8000<br>Fax: (212) 728-8111<br>alichtman@willkie.com<br>ccording@willkie.com<br><br>*Counsel for Defendants* | Joshua B. Silverman (*pro hac vice*)<br>Christopher Tourek (*pro hac vice*)<br>10 South LaSalle St., Ste. 3505<br>Chicago, Illinois 60603<br>Telephone: (312) 377-1181<br>jbsilverman@pomlaw.com<br>ctourek@pomlaw.com<br><br>-and-<br><br>Brian Calandra<br>600 Third Avenue<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>bcalandra@pomlaw.com<br><br>**FREEDMAN NORMAND FRIEDLAND LLP**<br>Ivy T. Ngo (*pro hac vice*)<br>Velvel (Devin) Freedman (*pro hac vice*)<br>1 SE 3rd Ave., Suite 1240<br>Miami, Florida 33131<br>Telephone: (786) 924-2900<br>ingo@fnf.law<br>vel@fnf.law<br><br>*Counsel for Lead Plaintiff and the Class*<br><br>**THE SCHALL LAW FIRM**<br>Brian Schall (*pro hac vice* forthcoming)<br>1880 Century Park East, Suite 404<br>Los Angeles, California 90067<br>Telephone: (424) 303-1964<br>brian@schallfirm.com<br><br>*Additional Counsel for Lead Plaintiff*<br><br>**BRONSTEIN GEWIRTZ & GROSSMAN LLP** |

Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
Telephone: (212) 697-6484

*Additional Counsel for Plaintiff*