**FREEDMAN NORMAND FRIEDLAND LLP**
Ivy T. Ngo (*pro hac vice*)
Velvel (Devin) Freedman (*pro hac vice*)
1815 Purdy Ave.
Miami Beach, Florida 33139
Telephone: (786) 924-2900
ingo@fnf.law
vel@fnf.law

**POMERANTZ LLP**
Joshua B. Silverman (*pro hac vice*)
Christopher P.T. Tourek (*pro hac vice*)
10 South LaSalle St., Ste. 3505
Chicago, IL 60603
Telephone: (312) 377-1181
jbsilverman@pomlaw.com
ctourek@pomlaw.com

*Counsel for Lead Plaintiff and the Class*

- additional counsel on signature page -

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | Case No. 2:21-cv-14020 JXN CLW |
| THIS DOCUMENT RELATES TO: ALL CASES | |

### NOTICE OF MOTION AND MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER OF REQUEST)

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all prior proceedings in this case, on April 20, 2026 or at such time as set by the Court, pursuant to 28 U.S.C. § 1781 and Federal Rule of Civil Procedure 28(b), Lead Plaintiff John V. Levon ("Lead Plaintiff") shall respectfully move for this Court to issue a Request for International Judicial Assistance ("Letter of Request") to the Appropriate Authority of the Ministry of Justice of Spain to enable Lead Plaintiff

to obtain evidence under the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters from the following third parties:

Laboratorios Farmacéuticos ROVI, S.A.
Calle Jose Isbert, 2. 28223
Pozuelo de Alarcon (Madrid)

-and-

Barragan BioConsulting, SL
Calle Granados, 141 Iz, 23740
Andujar (Jaen)

For the reasons set forth in the accompanying supporting Memorandum of Law in Support of Lead Plaintiff's Motion for Issuance of Request for International Judicial Assistance and supporting exhibits, Lead Plaintiff respectfully requests that the Court issue the accompanying Letters of Request pursuant to 28 U.S.C. § 1781(b)(2) compelling the above-listed entities to produce documents so that Lead Plaintiff can receive evidence before the close of fact discovery. Lead Plaintiff understands that Defendants CorMedix Inc., Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, and Joseph Todisco take no position on Lead Plaintiff's motion. A proposed form of Order is also submitted herewith.

Dated: March 19, 2026

Respectfully Submitted,

**POMERANTZ LLP**

*/s/ Brian Calandra*

Joshua B. Silverman (*pro hac vice*)
Christopher P.T. Tourek (*pro hac vice*)
10 South LaSalle St., Ste. 3505
Chicago, IL 60603
Telephone: (312) 377-1181
jbsilverman@pomlaw.com
ctourek@pomlaw.com

-and-

Brian Calandra

2

600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
bcalandra@pomlaw.com

**FREEDMAN NORMAND FRIEDLAND LLP**
Ivy T. Ngo (*pro hac vice*)
Velvel (Devin) Freedman (*pro hac vice*)
1815 Purdy Ave.
Miami Beach, Florida 33139
Telephone: (786) 924-2900
ingo@fnf.law
vel@fnf.law

*Counsel for Lead Plaintiff and the Class*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 19, 2026 a true and correct copy of the foregoing NOTICE OF MOTION AND MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER OF REQUEST) was served, via electronic mail, upon the following counsel of record for Defendants:

Andrew J. Lichtman
Charles D. Cording
Brady M. Sullivan
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
alichtman@willkie.com
ccording@willkie.com
bsullivan@willkie.com

*/s/ Brian Calandra*_____
Brian Calandra

4