**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | Case No. 2:21-cv-14020 JXN CLW |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**[PROPOSED] ORDER**

Upon consideration of Lead Plaintiff John V. Levon's Motion for Issuance of Request for International Judicial Assistance (Letter of Request) (the "Motion"), and any other papers and argument submitted by the parties, and for good cause shown;

IT IS HEREBY ORDERED this _____ day of _____, 2026, that the Motion is GRANTED.

The Court will issue the Letters of Request in the forms attached to the Motion as Exhibit A and Exhibit B for delivery to the appropriate judicial authority of the Ministry of Justice of Spain. The Court will sign the Letters of Request and directs the Clerk of Court to authenticate the Court's signature under seal of this Court. Thereafter, the Clerk is directed to return the Letters of Request to counsel for Lead Plaintiff for delivery to the appropriate judicial authority of the Ministry of Justice of Spain.

Date: _____          _____
                                      The Honorable Julien Xavier Neals