**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE CORMEDIX INC.<br>SECURITIES LITIGATION | Case No. 2:21-cv-14020-JXN-CF |
| THIS DOCUMENT RELATES TO:<br>ALL CASES |  |

## AMENDED PRETRIAL SCHEDULING ORDER

WHEREAS, on August 27, 2025, the Court entered the Pretrial Scheduling Order setting the discovery deadlines for this Action (ECF No. 133);

WHEREAS, on March 2, 2026, Lead Plaintiff John V. Levon ("Lead Plaintiff") and Defendants CorMedix Inc., Khoso Baluch, Robert Cook, Matthew David, Phoebe Mounts, and Joseph Todisco (collectively, "Defendants", and together with Lead Plaintiff, the "Parties") filed a joint status letter with the Court providing an update on the Parties' discovery efforts and informing the Court that an extension discovery deadlines outlined in the Pretrial Scheduling Order would be needed (ECF No. 146);

WHEREAS, on March 4, 2026, the Court held a status hearing with the Parties where the Parties discussed their discovery efforts to date;

WHEREAS, on March 4, 2026, the Court entered an Order directing the Parties to submit a joint status report to the Court on or before April 30, 2026 updating the Court on the progress of discovery and attaching a proposed amended scheduling order if necessary (ECF No. 147);

WHEREAS, the Parties have conferred and proposed that an extension of approximately three (3) months to the discovery deadlines set by the Pretrial Scheduling Order; and

WHEREAS, this Court has found good cause shown to amend the Pretrial Scheduling Order,

IT IS on this 4th day of May, 2026,

ORDERED THAT the discovery deadlines set by the Pretrial Scheduling Order are amended as follows:

1.    Fact Discovery Deadline:                    June 25, 2026, to **September 25, 2026**;

2.    Affirmative Expert Report Deadline:    August 11, 2026, to **November 11, 2026**;

3.      Responsive Expert Report Deadline:      September 28, 2026, to **January 15, 2027**; and

4.      Expert Deposition Deadline:      December 28, 2026, to **March 29, 2027**.


*/s/ Cari Fais*
**CARI FAIS**
**United States Magistrate Judge**