**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CORMEDIX INC. SECURITIES LITIGATION | Case No. 2:21-cv-14020 (JXN) (CF) |
| THIS DOCUMENT RELATES TO:   ALL CASES | |

**ORDER**

Upon consideration of Lead Plaintiff John V. Levon's Motion for Issuance of Request for International Judicial Assistance (Letter of Request) (the "Motion"), and any other papers and argument submitted by the parties, and for good cause shown;

IT IS HEREBY ORDERED this 24th day of June, 2026, that the Motion is GRANTED.

The Court will issue the Letters of Request in the forms attached to the Motion as Exhibit A and Exhibit B for delivery to the appropriate judicial authority of the Ministry of Justice of Spain. The Court will sign the Letters of Request and directs the Clerk of Court to authenticate the Court's signature under seal of this Court. Thereafter, the Clerk is directed to return the Letters of Request to counsel for Lead Plaintiff for delivery to the appropriate judicial authority of the Ministry of Justice of Spain.

Date: June 24, 2026

*s/Cari Fais*
_____
**Hon. Cari Fais, U.S.M.J.**