The Honorable Cari Fais
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *In re CorMedix Securities Litigation*, No. 2:21-cv-14020-JXN-CF (D.N.J.)**

Magistrate Judge Fais:

The undersigned counsel submit this joint status letter pursuant to this Court's July 8, 2026 text order (ECF No. 163) to provide Your Honor with an update on the status of discovery, propose a schedule through expert discovery, and provide an update on settlement negotiations.

**Fact Discovery:** The parties continue to make substantial progress in both document and deposition discovery.

Document discovery:

To date, CorMedix has made 23 productions in response to Lead Plaintiff's First Requests for Production of Documents totaling over 82,000 documents. CorMedix has also provided a privilege log. The parties have met-and-conferred many times regarding the scope of CorMedix's response and assertions of privilege. While the scope disputes and some privilege disputes were resolved, other privilege disputes remain. The parties anticipate filing a joint letter pursuant to Your Honor's standing order within the next five (5) business days to address unresolved privilege disputes.

Lead Plaintiff has made two productions in response to CorMedix's First Requests for Production of Documents totaling 286 documents.

Third-parties have also produced several thousand pages of documents in response to subpoenas issued by Lead Plaintiff. Additionally, Co-Lead Counsel forwarded the letter rogatory issued by the Court (ECF No. 148) to the appropriate Spanish authorities. They have not yet received a response to the letter rogatory.

Deposition discovery:

To date, Lead Plaintiff has taken the following depositions:

| **Deponent** | **Role** | **Date** |
|---|---|---|
| Joon Lee | Analyst cited in the FAC | June 16, 2026 |
| Elizabeth Mason Hurlburt | Executive Vice-President, Chief Operating & Commercial Officer of CorMedix | June 25, 2026 |

| **Deponent** | **Role** | **Date** |
| --- | --- | --- |
| Dr. Reyes Berrios (2 sessions) | Executive Director of CorMedix, Quality Assurance & Technical Operations | July 10 and 24, 2026 |
| Christopher Bussineau | Quality consultant retained by CorMedix | July 22, 2026 |
| Francisco Franco | Quality consultant retained by CorMedix | August 4, 2026 |
| Jessica Vaughn | Former Executive Director of CorMedix, Legal / Regulatory / Compliance | August 14, 2026 |
| John Ortiz | Former Vice-President of CorMedix, Quality Assurance and Regulatory Affairs | August 19, 2026 |
| Vanessa Rivera | Former Director of CorMedix, Quality Assurance and Regulatory Affairs | September 16, 2026 |

Lead Plaintiff anticipates taking seven additional fact depositions, including those of the Individual Defendants and a representative deposition pursuant to Fed. R. Civ. P. 30(b)(6). The parties do not anticipate any problems scheduling those during the fact discovery period proposed below. However, Lead Plaintiff wishes to make the Court aware of one potential issue which impacts a separately-represented deponent. That deponent's counsel had previously indicated that the deponent did not possess any documents responsive to a subpoena from Lead Plaintiff. Recently, the deponent updated Co-Lead Counsel, advising that numerous responsive documents were discovered and are currently being reviewed by deponent's counsel while the parties coordinate on the dates for the deposition to allow time for Co-Lead Counsel to review documents. Co-Lead Counsel do not anticipate requesting any schedule adjustment on that basis, but wanted to inform the Court of the uncertainty.

Defendants propounded a Second Set of Interrogatories on Lead Plaintiff on August 26, 2026. Pursuant to Federal Rule of Civil Procedure 33(b)(2), Lead Plaintiff's responses and objections are due next Friday, September 25, 2026. In addition to the two sets of interrogatories, Defendants anticipate taking the deposition of Lead Plaintiff following review of those responses. Defendants may also take a small number of additional depositions within the fact discovery period proposed by the parties.

**Proposed schedule:** To accommodate remaining fact discovery, the parties jointly request that the fact discovery cutoff be extended from September 25, 2026 to December 18, 2026. The parties also propose a schedule for class certification, which had not been specified in prior schedules, and propose to adjust expert discovery to partially overlap with class certification briefing as follows:

| **Event** | **Proposed Date** |
|---|---|
| Fact discovery cutoff | December 18, 2026 |
| Class certification motion due | January 29, 2027 |
| Class certification opposition due | March 26, 2027 |
| Class certification reply due | May 14, 2027 |
| Opening expert reports due | March 26, 2027 |
| Rebuttal expert reports due | May 28, 2027 |
| Reply expert reports due | July 3, 2027 |
| Expert discovery deadline | August 3, 2027 |

A proposed second amended scheduling order reflecting the new dates is attached hereto as **Exhibit A**.

**Update on Settlement Efforts:** The parties (and Defendants' insurers) engaged in a full-day, in-person mediation on November 18, 2025 before Michelle Yoshida, Esq., a mediator with experience mediating securities class actions. That mediation was not successful. The parties have continued to communicate with Ms. Yoshida, including recently. While no settlement has been reached or appears imminent, some progress has been made. Accordingly, the parties respectfully suggest letting that process continue for the next three months while fact discovery is completed. If no settlement has then been reached, the parties agree that would be a favorable juncture for a settlement conference with the Court or a magistrate judge of the Court's choosing.

Dated: September 17, 2026

Respectfully Submitted,

**WILLKIE FARR & GALLAGHER LLP**

*/s/ Andrew J. Lichtman*______

Andrew J. Lichtman
Charles D. Cording (*pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
alichtman@willkie.com
ccording@willkie.com

**POMERANTZ LLP**

*/s/ Brian Calandra*__________

Joshua B. Silverman (*pro hac vice*)
Christopher P.T. Tourek (*pro hac vice*)
Jaime D. Nolasco Esquivel (*pro hac vice*)
10 South LaSalle St., Ste. 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
jbsilverman@pomlaw.com
ctourek@pomlaw.com

*Counsel for Defendants*

jnolasco@pomlaw.com

*-and-*

Brian Calandra
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
bcalandra@pomlaw.com

**FREEDMAN NORMAND FRIEDLAND LLP**
Ivy T. Ngo (*pro hac vice*)
Velvel (Devin) Freedman (*pro hac vice*)
1815 Purdy Ave.
Miami Beach, Florida 33139
Telephone: (786) 924-2900
ingo@fnf.law
vel@fnf.law

-and-

Richard Cipolla (*pro hac vice*)
225 Franklin St., 26th Floor
Boston, MA 02210
Telephone: (646) 791-6881
rcipolla@fnf.law

*Counsel for Lead Plaintiff and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

**BRONSTEIN GEWIRTZ & GROSSMAN LLP**
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484

peretz@bgandg.com
eitank@bgandg.com

*Additional Counsel for Plaintiff*